[No. 23555.   Department Two.   April 13, 1932.]

EUGENE GILLMAN, *Respondent*, v. GEORGE A. PURDY *et al.*, *Appellants*.[1]

*Philip D. Macbride* and *George W. Williams*, for appellants.
*J. H. Buchanan* and *Burkheimer & Burkheimer*, for respondent.

PER CURIAM.—This is a companion case to that of *Gillman v. Purdy*, *ante* p. 659, 9 P. (2d) 1092, just decided, and upon authority of that case the judgment in this case will be affirmed.

[1]Reported in 9 P. (2d) 1094.